Coös,
Dec., 1900.

## SARTWELL *& a. v.* MACK.

ASSUMPSIT, to recover $155.39 for goods sold and delivered. Facts found by a referee. The defendant sought to recoup damages resulting from the inferior quality of goods sold to him by the plaintiffs at an earlier date. The damages were assessed at $119.80. Subject to the plaintiffs' exception, the court allowed the defendant to amend by pleading set-off, and ordered judgment for the plaintiffs for $35.53.

*Jason H. Dudley*, for the plaintiffs.

*Thomas F. Johnson*, for the defendant.

PIKE, J. It does not appear that the plaintiffs objected at the time to the trial of the defendant's cause, arising out of the former sale. Nor is there any suggestion that the trial was not fair, or that the plaintiffs have been prejudiced by the course pursued. It is now too late for the plaintiffs to object.

*Exception overruled.*

PEASLEE, J., did not sit: the others concurred.